| United States Bankruptcy Court<br>Northern District of Ohio | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**The Herald Printing Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **34-1050454** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**625 South Kibler Street<br>New Washington, OH**<br>ZIPCODE **44854** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Crawford** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**625 South Kibler Street, New Washington, OH**<br>ZIPCODE **44854** | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7  ☐ Chapter 15 Petition for<br>☐ Chapter 9  Recognition of a Foreign<br>☑ Chapter 11  Main Proceeding<br>☐ Chapter 12  ☐ Chapter 15 Petition for<br>☐ Chapter 13  Recognition of a Foreign<br>  Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."  ☑ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **The Herald Printing Company** |
|---|---|

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location <br> Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: <br> **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. <br><br> X _____ <br>     Signature of Attorney for Debtor(s)       Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition. <br>
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**The Herald Printing Company** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney\***<br><br>X ***/s/ Anthony J. DeGirolamo, Esq.***<br>Signature of Attorney for Debtor(s)<br><br>**Anthony J. DeGirolamo, Esq. 0059265**<br>**Anthony J. DeGirolamo, Attorney at Law**<br>**116 Cleveland Ave., N.W., Suite 307**<br>**Canton, OH  44702**<br>**(330) 588-9700  Fax: (330) 588-9713**<br>**ajdlaw@sbcglobal.net**<br><br><br>**March 17, 2010**<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Petition Preparer**<br><br>I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any,  of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>_____ |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X ***/s/ David Stump***<br>Signature of Authorized Individual<br><br>**David Stump**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**March 17, 2010**<br>Date | X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br><br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Northern District of Ohio

**IN RE:**

Case No. _____

**The Herald Printing Company**

Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Robert Bordner**<br>**8758 Murifield Dr.**<br>**Naples, FL  34109** | **(614) 204-7791** | **Bank loan** | | **1,400,000.00** |
| **Stump's Converting**<br>**742 West Mansfield Street**<br>**New Washington, OH  44854** | **(419) 492-2542** | **Trade debt** | | **161,111.30** |
| **Kodak Polychrome Graphics**<br>**Lockbox Dept 642180**<br>**PNC Bank Firstside Centre**<br>**Pittsburgh, PA  15219** | **(604) 451-2700** | **Trade debt** | | **45,416.11** |
| **MISC Vendor** | | **Trade debt** | | **20,557.10** |
| **CIT Technology**<br>**21146 Network Place**<br>**Chicago, IL  60673-1211** | **(888) 250-2300** | **Trade debt** | | **19,626.54** |
| **Anthem BCBS Insurance** | | | | **11,375.00** |
| **Eastman Kodak Company**<br>**1778 Solutions Center**<br>**Chicago, IL  60677-1007** | **(330) 730-5499** | **Trade debt** | | **11,248.09** |
| **First Equity Card Corp.**<br>**PO box 23029**<br>**Columbus, GA  31902-3029** | **(866) 756-7870** | **Trade debt** | | **8,323.84** |
| **BWC State Insurance Fund**<br>**Corporate Processing Dept**<br>**Columbus, OH  43271-0977** | **(800) 644-6292** | | | **7,568.60** |
| **Sun Chemical Corp.**<br>**PO Box 2193**<br>**Carol Stream, IL  60132-2193** | **(866) 786-7276** | **Trade debt** | | **7,222.06** |
| **YRC**<br>**P.O. Box 13573**<br>**Newark, NJ  07188-3573** | **(630) 718-7060** | **Trade debt** | | **7,126.42** |
| **North Central Electric**<br>**PO Box 475**<br>**Attica, OH  44807-0475** | **(800) 426-3072** | **Trade debt** | | **6,926.00** |
| **G.E. Richards Graphic**<br>**P.O. Box 339**<br>**928 Links Avenue**<br>**Landisville, PA  17538** | **(717) 898-3151** | **Trade debt** | | **6,703.32** |
| **Scharer Insurance, Inc.**<br>**PO Box 798**<br>**454 East Center St.**<br>**Marion, OH  43301-0798** | **(740) 387-4311** | **Trade debt** | | **6,424.00** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| **Columbia Gas of Ohio, Inc**<br>PO Box 742510<br>Cincinnati, OH 45274-2510 | **(419) 529-3515** | **Trade debt** | **6,132.46** |
| **Local TV & Electronics**<br>106 W Walton St<br>RS Dealer 22-P359<br>Willard, OH 44890 | **(419) 935-4288** | **Trade debt** | **6,000.00** |
| **Philip McMurtry**<br>26633 Leenders Lane<br>North Olmsted, OH 44070 | **(216) 513-9869** | **Trade debt** | **5,556.51** |
| **North End Press Inc.**<br>235 South Columbus Street<br>Lancaster, OH 43130 | **(614) 653-6514** | **Trade debt** | **5,502.49** |
| **The Oldham Group**<br>P.O. Box 5015<br>Springfield, IL 62705 | **(217) 528-4649** | **Trade debt** | **5,422.14** |
| **Buckeye Steel Rule Die Co**<br>Po Box 39<br>Sulphur Springs, OH 44881 | **(419) 562-4229** | **Trade debt** | **5,388.00** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **March 17, 2010**       Signature: */s/ David Stump*

**David Stump, President**

(Print Name and Title)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Ohio**

IN RE:                                                    Case No. _____

The Herald Printing Company                              Chapter **11** _____
_____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **March 17, 2010** _____      Signature: */s/ David Stump* _____
                                                    **David Stump, President**                                      Debtor


Date: _____      Signature: _____
                                                                                          Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Accu-Grind
4430 Crystal Parkway
Kent, OH  44240


AccuData
5220 Summerlin Commons Blvd.
Fort Myers, FL  33907


Ace Paper Tube Corp.
4918 Denison Ave.
Cleveland, OH  44102


Advanced Computer
166 Milan Ave.
Norwalk, OH  44857


American Express 07
PO Box 2855
New York, NY  10116-2855


Ann Street Graphics
Rt. 2 Box 16 Lake Floyd
Bristol, WV  26426


Ashland Scale Company
2210 Rocky Lane
Ashland, OH  44805


Automation Engineering
123 Leverington Ave, Unit B-3
Philadelphia, PA  19127


BCC Software
39093 TREASURY CENTER
CHICAGO, IL  60694-9000
```

Bernard Specialty Co.
2800 EAST 55TH ST.
Cleveland, OH  44104-2814


Bindery Tech, Inc.
9070 Norwalk Rd.
Litchfield, OH  44253


Braden Sutphin Ink Co
PO BOX 72074
Cleveland, OH  44192


Buckeye Steel Rule Die Co
Po Box 39
Sulphur Springs, OH  44881


BWC State Insurance Fund
Corporate Processing Dept
Columbus, OH  43271-0977


Careworks Consultants Inc
PO Box 8101
Dublin, OH  43016


Cavanaugh Law LLC
The Hanna Building
1422 Euclid Avenue, SUite 727
Cleveland, OH  44115


Chatfield Hardware
Box 7, St. Rt. 4
Chatfield, OH  44825-0007


Cincinnati Life Insurance
PO Box 145496
Cincinnati, OH  45250-5496

```
CIT Technology
21146 Network Place
Chicago, IL  60673-1211


Citizens Banking Co.
100 E. Water St.
Sandusky, OH  44870


Cole Distributing
PO Box 112
Shelby, OH  44875-0112


Columbia Gas of Ohio, Inc
PO Box 742510
Cincinnati, OH  45274-2510


Containercraft, Inc.
144 Plymouth St.
Lexington, OH  44904-1124


Control Graphics Corp.
PO Box 4656
Wheaton, IL  60189-4656


Crawford County Dept Of Job & Family Svc
224 Norton Way
Bucyrus, OH  44820


Crawford County Municipal
112 E Mansfield St
PO Box 550
Bucyrus, OH  44820
```

Crawford County Treasurer
P.O. BNox 565
112 East Mansfield Street
Bucyrus, OH  44820


CRC Information System
C/O Reynolds & Reynolds
PO Box 4346 Dept 391
Houston, TX  77210-4346


Dayton Freight
PO Box 340
Vandalia, OH  45377-0340


DHL Express (USA), Inc.
P.O. Box 504262
St. Louis, MO  63150-4262


DRM Productions Inc.
286 Piper Rd.
Mansfield, OH  44905


DYP, Inc.
PO Box 424
Berlin, OH  44610


Eastman Kodak Company
1778 Solutions Center
Chicago, IL  60677-1007


EKCC
P.O. Box 642999
Pittsburgh, PA  15264

Electronic Industrial
1000 Belmont Blvd
Monroeville, PA  15146


Erd Specialty Graphics
3250 Monroe Street
Toledo, OH  43606-4565


Experience Columbus
90 North High Street
Columbus, OH  43215


Federal Express Corp.
PO Box 371461
Pittsburgh, PA  15250-7461


First Equity Card Corp.
PO box 23029
Columbus, GA  31902-3029


First Federal Bank Of Ohio
140 N. Columbus St.
Galion, OH  44833


G.E. Richards Graphic
P.O. Box 339
928 Links Avenue
Landisville, PA  17538


GEI Wide Format
PO Box 643842
Pittsburgh, PA  15264-3842


Global Computer
PO Box 440939
Miami, FL  33144-0939

Great America Leasing Cor
PO Box 660831
Dallas, TX   75266-0831


HAR Adhesive Technologies
60 South Park
Bedford, OH   44146


Hostmann-Steinberg, Inc.
23891 Network Place
Chicago, IL   60673-1238


IBM Corporation
PO Box 643600
Pittsburgh, PA   15264-3600


Independent Graphic
PO Box 271
Brookfield, WI   53008-271


Infinisource
PO Box 889
15 E. Wasington Street
Coldwater, MI   49036-0889


Internal Revenue Service
Insolvency Group
1240 East 9th Street, Room 457
Cleveland, OH   44199


Kellog's Professional
325 Pearl st
Sandusky, OH   44870

```
Kimmel Inc
Box 98
Upper Sandusky, OH   43351


Kinn Brothers
527 Whetstone St.
Bucyrus, OH   44820


Kodak Polychrome Graphics
Lockbox Dept 642180
PNC Bank Firstside Centre
Pittsburgh, PA   15219


Lampro, Inc.
4701 Crayton Ave. Unit A
Cleveland, OH   44104


LeeAnn Consutlting
6808 Wildwood Trail
Mayfield Villag, OH   44143


Local TV & Electronics
106 W Walton St
RS Dealer 22-P359
Willard, OH   44890


Mercy Hospital of Willard
Occupational Health
110 E Howard St
Willard, OH   44890


Millcraft Express Envelop
5300 West 140th St
CLEVELAND, OH   44142
```

MLAD
185 Jefferson Street
Tiffin, OH  44883-2865


Monarch Body Shop
120 S Kibler St
PO Box .338
New Washington, OH  44854


MSC Industrial Supply Co.
Dept Ch 0075
Palatine, IL  60056-0075


MT Business Technologies
PO Box 790448
St. Louis, MO  63179-0448


N Focus Consulting Inc.
1594 Hubbard Dr.
Lancaster, OH  43130-8124


New Pig Corporation
One Pork Avenue
Tipton, PA  16684-0304


Niedermier Sunoco
100 E. Mansfield St.
New Washington, OH  44854


North Central Electric
PO Box 475
Attica, OH  44807-0475


North End Press Inc.
235 South Columbus Street
Lancaster, OH  43130

```
Office City Express
PO Box 1510
Delaware, OH   43015


PAF Investments LLC
3100 Dundee Road, Suite 916
Northbrook, IL   60062


PC Connection
PO Box 4520
Woburn, MA   01888-4520


PC Mall
File 55327
Los Angeles, CA   90074-5327


Peacock Water
554 W. Mansfield St.
Bucyrus, OH   44820


Philip McMurtry
26633 Leenders Lane
North Olmsted, OH   44070


Pianko
88 Dorchester Sq
Westerville, OH   43086


Pitney Bowes,Inc.
PO BOX 856460
Louisville, KY   40285-6460


PLP Graphic Design Servic
8 Mine Mount Rd.
Brnardsville, NJ   07924
```

Printers' Service
PO Box 5070
Newark, NJ 07105-5070


Printing Industries Assoc
PO BOX 819
Westerville, OH 43086-0819


Richard Hottenroth, Esq.
Hottenroth, Garverick, Tilson & Garveric
126 S. Market Ave.
Galion, OH 44833


Robert Bordner
8758 Murifield Dr.
Naples, FL 34109


Rotadyne
5708 Reliable Parkway
Chicago, IL 60686-0057


Rumpke Consolidated Company
PO Box 538708
Cincinnati, OH 45253


Ryder Transportation Serv
P.O. Box 96723
Chicago, IL 60693


Santec Corporation
84 Old Gate Lane
Milford, CT 06460

```
Scharer Insurance, Inc.
PO Box 798
454 East Center St.
Marion, OH   43301-0798


Siesel Distributing LLC
PO Box 273
New Washington, OH   44854


Sleep Inn
1920 Plaudit Place
Lexington, KY   40509


Speedway Super America LL
PO Box 740587
Cincinnati, OH   45274-0587


Spirit Services Company
PO BOX 28506
Columbus, OH   43228


Sprint
PO Box 219100
Kansas City, MO   64121-9100


State Of Ohio Department Of Taxation
Attn:  Bankruptcy Division
P.O. Box 530
Columbus, OH   43216


Storad Label Company
PO BOX 493
Marion, OH   43302-0493
```

Stump's Converting
742 West Mansfield Street
New Washington, OH   44854


Sun Chemical Corp.
PO Box 2193
Carol Stream, IL   60132-2193


Superior Printing Inks
100 North Street
teterboro, NJ   07608


The Oldham Group
P.O. Box 5015
Springfield, IL   62705


Verizon North
PO Box 9688
Mission Hills, CA   91346-9688


Verizon North
PO BOX 920041
Dallas, TX   75392-0041


Verizon Wireless
PO Box 25506
Leigh Valley, PA   18002-5506


Village of New Washington
PO Box 217
New Washington, OH   44854


Vision Service Plan
PO Box 60000
File #73399
San Francisco, CA   94160-3399

```
WBCO/WQEL
403 E. Rensselaer St.
Bucyrus, OH  44820


Western States Envelope C
BOX 88984
Milwaukee, WI  53288-0984


WZKL/WDPN
PO Box 2356
393 Smyth Avenue N.E.
Alliance, OH  44601


YRC
P.O. Box 13573
Newark, NJ  07188-3573
```