**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION, CANTON**

---------------------------------------------------------x
In re:                                          :     Case No. 10-61033
                                                :
THE HERALD PRINTING COMPANY       :     Chapter 11
                                                :
  an Ohio corporation,                    :     Judge Russ Kendig
                                                :
          Debtor and               :
          Debtor-in-Possession.    :
                                                :
(Employer Tax I.D. No. 34-1050454)     :
---------------------------------------------------------x

**STATEMENT OF CORPORATE OWNERSHIP PURSUANT TO**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(A)(1)**

     Now comes the Debtor and Debtor in Possession in the above-captioned case, by and through its undersigned counsel, and hereby states that no corporation owns, directly or indirectly, 10% or more of the Debtor's equity securities.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

The Debtor's owners are as follows:

|  | Shares | % Ownership |
|---|---|---|
| David A. Stump | 46,039 | 41.4% |
| Kenneth Kark | 4,016 | 3.6% |
| Randy Kalb | 355 | 0.3% |
| Rosalyn Predmore | 355 | 0.3% |
| The Herald Printing Company Conversation Trust[1] | 60,481 | 54.4% |

Respectfully submitted,

/s/ Anthony J. DeGirolamo
Anthony J. DeGirolamo (0059265)
Courtyard Centre Suite 307
116 Cleveland Avenue NW
Canton, Ohio 44702
Telephone: 330-588-9700
Facsimile: 330-588-9713
Email: ajdlaw@sbcglobal.net

PROPOSED COUNSEL FOR
THE DEBTOR AND
DEBTOR IN POSSESSION

---

[1] To be taken into treasury as part of Mr. Stump's acquisition.