UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, CANTON

---------------------------------------------------------x
In re:                                          :   Case No. 10-61033
                                                :
THE HERALD PRINTING COMPANY                     :   Chapter 11
                                                :
  an Ohio corporation,                        :   Judge Russ Kendig
                                                :
        Debtor and                          :
        Debtor-in-Possession.               :
                                                :
(Employer Tax I.D. No. 34-1050454)              :
---------------------------------------------------------x

## MOTION TO DISMISS

Now comes the Debtor and Debtor in Possession in the above-captioned case, by and through its undersigned counsel, and hereby submits the following as its Motion to Dismiss its chapter 11 case pursuant to 11 U.S.C. § 1112(b)(1) and Rule 2002 of the Federal Rules of Bankruptcy Procedure. For its Motion the Debtor states as follows:

    1.    The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of the Debtor's chapter 11 case and this Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409. Section 521(a) of Title 11 (the "Bankruptcy Code") of the United States Code and Rule 1007 of the Federal Rules

of Bankruptcy Procedure (the "Bankruptcy Rules") provide the statutory predicate for the relief sought herein.

2. The Debtor has been operating in chapter 11 since March 17, 2010. During the chapter 11 proceeding the Debtor has proceeded to sell substantially all of its assets to HPC Acquisition Co., Inc. (the "Sale"). The sale resulted in proceeds substantially less than that owed to the Debtor's secured creditor PAF Investments, LLC and therefore, there were no proceeds of sale available to unsecured creditors of the Debtor.

3. Since the closing of the sale on August 11, 2010, the Debtor has had no operations and has no remaining meaningful assets. Further, the Debtor has no prospect of having operations in the future and no meaningful assets. There are no meaningful or substantial preferential transfers or fraudulent transfers to prosecute for the benefit of the Debtor's creditors as evidenced by the Schedules and Statement of Financial Affairs filed in the instant case. That is further supported by the Debtor's principals' testimony at the meeting of creditors. As a result, the Debtor will have no ability to propose a confirmable plan. Moreover, given the Debtor's current business prospects, it does not anticipate having any ability to propose a confirmable plan in the future.

4. For the foregoing reasons, the Debtor believes that it is in the best interest of the creditors of the Debtor for the instant case to be dismissed.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

63470

WHEREFORE, the Debtor respectfully requests that the Court enter an order in the form attached hereto as Exhibit A dismissing the Debtor's case pursuant to 11 U.S.C. § 1112(b)(1) granting such other and further relief as the Court may deem proper.

Respectfully submitted,

/s/ Anthony J. DeGirolamo
Anthony J. DeGirolamo (0059265)
Courtyard Centre Suite 307
116 Cleveland Avenue NW
Canton, Ohio 44702
Telephone: 330-588-9700
Facsimile: 330-588-9713
Email: ajdlaw@sbcglobal.net

COUNSEL FOR THE DEBTOR
AND DEBTOR IN POSSESSION

63470

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the Motion to Dismiss was served via regular U.S. Mail, postage prepaid, upon those listed below, this 13th day of August 2010.

                                    /s/ Anthony J. DeGirolamo
                                      Anthony J. DeGirolamo (0059265)

| | |
|---|---|
| Office of the United States Trustee<br>Howard Metzenbaum Courthouse<br>201 Superior Ave E Ste 441<br>Cleveland OH 44114 | PAF Investments LLC<br>3100 Dundee Rd Ste 916<br>Northbrook IL 60062 |
| Cavanaugh Law LLC<br>The Hanna Building<br>1422 Euclid Ave Ste 727<br>Cleveland OH 44115 | Citizens Banking Co.<br>Attn. James McGookey, Esq.<br>100 E Water St<br>Sandusky OH 44870 |
| McDonald Hopkins<br>Attn: Paul Linehan<br>600 Superior Ave S Ste 2100<br>Cleveland OH 44114 | Richard Hottenroth, Esq.<br>126 S Market St<br>Galion, Ohio 44833 |
| Robert Bordner<br>8758 Muirfield Dr<br>Naples FL 34109 | First Federal Bank of Ohio<br>140 N Columbus St<br>Galion OH 44833 |
| Brian Wood, Esq.<br>Weltman Weinberg & Reis<br>175 S 3rd St<br>Columbus OH 43215 | Ohio Department of Taxation<br>c/o Anthony J. Cespedes, Esq.<br>437 Market Ave N<br>Canton OH 44702 |
| Vaughn Barber, Esq.<br>904 Buena Vista<br>San Clemente CA 92672 | Internal Revenue Service<br>Insolvency Group<br>1240 E 9th St Rm 457<br>Cleveland OH 44199 |

63470

**EXHIBIT A**

63470

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, CANTON**

```
-----------------------------------------------------------x
In re:                                    :   Case No. 10-61033
                                          :
THE HERALD PRINTING COMPANY               :   Chapter 11
                                          :
   an Ohio corporation,                   :   Judge Russ Kendig
                                          :
           Debtor and                     :
           Debtor-in-Possession.          :
                                          :
(Employer Tax I.D. No. 34-1050454)        :
-----------------------------------------------------------x
```

## ORDER GRANTING DEBTOR'S MOTION TO DISMISS

This matter coming to be heard on the Motion to Dismiss filed by the debtor and debtor in possession the above-captioned chapter 11 case (the "Debtor"); the Court having reviewed the Motion; the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) venue of this chapter 11 case and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409;

63470

and (d) notice of the Motion and the hearing was sufficient under the circumstance; and the Court having determined that the legal and factual bases set forth in the Motion;

**IT IS HEREBY ORDERED THAT:**

1. The Motion shall be, and hereby is, GRANTED.

2. The Debtor's chapter 11 case is hereby dismissed pursuant to 11 U.S.C. § 1112(b)(1).

# # #

PREPARED BY:

Anthony J. DeGirolamo (0059265)
Courtyard Centre Suite 307
116 Cleveland Avenue NW
Canton, Ohio 44702
Telephone:  330-588-9700
Facsimile:  330-588-9713
Email:  ajdlaw@sbcglobal.net

COUNSEL FOR THE DEBTOR
AND DEBTOR IN POSSESSION

63470

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Order was served via regular U.S. Mail, postage prepaid, upon those listed below, this __ day of September 2010.

_____
Deputy Clerk

| | |
|---|---|
| Office of the United States Trustee<br>Howard Metzenbaum Courthouse<br>201 Superior Ave E Ste 441<br>Cleveland OH 44114 | PAF Investments LLC<br>3100 Dundee Rd Ste 916<br>Northbrook IL 60062 |
| Cavanaugh Law LLC<br>The Hanna Building<br>1422 Euclid Ave Ste 727<br>Cleveland OH 44115 | Citizens Banking Co.<br>Attn. James McGookey, Esq.<br>100 E Water St<br>Sandusky OH 44870 |
| McDonald Hopkins<br>Attn: Paul Linehan<br>600 Superior Ave S Ste 2100<br>Cleveland OH 44114 | Richard Hottenroth, Esq.<br>126 S Market St<br>Galion, Ohio 44833 |
| Robert Bordner<br>8758 Muirfield Dr<br>Naples FL 34109 | First Federal Bank of Ohio<br>140 N Columbus St<br>Galion OH 44833 |
| Brian Wood, Esq.<br>Weltman Weinberg & Reis<br>175 S 3rd St<br>Columbus OH 43215 | Ohio Department of Taxation<br>c/o Anthony J. Cespedes, Esq.<br>437 Market Ave N<br>Canton OH 44702 |
| Vaughn Barber, Esq.<br>904 Buena Vista<br>San Clemente CA 92672 | Internal Revenue Service<br>Insolvency Group<br>1240 E 9th St Rm 457<br>Cleveland OH 44199 |
| Anthony J. DeGirolamo, Esq.<br>Courtyard Centre Ste 307<br>116 Cleveland Ave NW<br>Canton OH 44702 | |

63470