The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.




Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION, CANTON

---------------------------------------------------------x
In re:                                                   :   Case No. 10-61033
                                                         :
THE HERALD PRINTING COMPANY                              :   Chapter 11
                                                         :
  an Ohio corporation,                             :   Judge Russ Kendig
                                                         :
       Debtor and                :
       Debtor-in-Possession.     :
                                                         :
(Employer Tax I.D. No. 34-1050454)                       :
---------------------------------------------------------x

### ORDER GRANTING DEBTOR'S MOTION TO DISMISS

This matter coming to be heard on the Motion to Dismiss filed by the debtor and debtor in possession the above-captioned chapter 11 case (the "Debtor"); the Court having reviewed the Motion; the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) venue of this chapter 11 case and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409;

63470

and (d) notice of the Motion and the hearing was sufficient under the circumstance; and the Court having determined that the legal and factual bases set forth in the Motion;

**IT IS HEREBY ORDERED THAT:**

1. The Motion shall be, and hereby is, GRANTED.

2. The Debtor's chapter 11 case is hereby dismissed pursuant to 11 U.S.C. § 1112(b)(1).

###

PREPARED BY:

Anthony J. DeGirolamo (0059265)
Courtyard Centre Suite 307
116 Cleveland Avenue NW
Canton, Ohio 44702
Telephone: 330-588-9700
Facsimile: 330-588-9713
Email: ajdlaw@sbcglobal.net

COUNSEL FOR THE DEBTOR
AND DEBTOR IN POSSESSION

63470

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Order was served via regular U.S. Mail, postage prepaid, upon those listed below, this ___ day of September 2010.

_____
Deputy Clerk

Office of the United States Trustee
Howard Metzenbaum Courthouse
201 Superior Ave E Ste 441
Cleveland OH 44114

Cavanaugh Law LLC
The Hanna Building
1422 Euclid Ave Ste 727
Cleveland OH 44115

McDonald Hopkins
Attn: Paul Linehan
600 Superior Ave S Ste 2100
Cleveland OH 44114

Robert Bordner
8758 Muirfield Dr
Naples FL 34109

Brian Wood, Esq.
Weltman Weinberg & Reis
175 S 3rd St
Columbus OH 43215

Vaughn Barber, Esq.
904 Buena Vista
San Clemente CA 92672

Anthony J. DeGirolamo, Esq.
Courtyard Centre Ste 307
116 Cleveland Ave NW
Canton OH 44702

PAF Investments LLC
3100 Dundee Rd Ste 916
Northbrook IL 60062

Citizens Banking Co.
Attn. James McGookey, Esq.
100 E Water St
Sandusky OH 44870

Richard Hottenroth, Esq.
126 S Market St
Galion, Ohio 44833

First Federal Bank of Ohio
140 N Columbus St
Galion OH 44833

Ohio Department of Taxation
c/o Anthony J. Cespedes, Esq.
437 Market Ave N
Canton OH 44702

Internal Revenue Service
Insolvency Group
1240 E 9th St Rm 457
Cleveland OH 44199

63470